CROSS ᴇᴛ ᴀʟ. *v.* PALO ALTO-MOUNTAIN VIEW MUNICIPAL COURT ᴇᴛ ᴀʟ.

No. 1246, Misc. Decided March 27, 1967.

Appellants *pro se.*

*Hugh Stewart Center* for appellees Ebnother et al.

Pᴇʀ Cᴜʀɪᴀᴍ.

The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied. The prayer for other relief is also denied.

MANGUS *v.* A. C. E. FREIGHT, INC., ᴇᴛ ᴀʟ.

No. 1260, Misc. Decided March 27, 1967.

*Louis A. Dirker* for petitioner.

*Bruce B. Laybourne* for respondent Freight Drivers, Dockworkers & Helpers, Local Union No. 24.

Pᴇʀ Cᴜʀɪᴀᴍ.

The motion for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted. The judgment is vacated and the case is remanded to the Supreme Court of Ohio for further consideration in light of *Vaca v. Sipes, ante,* p. 171.